# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**SONJA M. ARMENDARIZ**                                                **PLAINTIFF**

**V.**                                                                     **NO. 1:18-CV-49-DMB-DAS**

**ACCO BRANDS USA LLC**                                             **DEFENDANT**

## ORDER CLOSING CASE

On October 4, 2018, Sonja Armendariz filed a "Notice of Settlement" stating "that the above-entitled action has been settled and may be removed from the Court's active docket." Doc. #33. Accordingly, the Clerk of the Court is directed to close this case.[1]

**SO ORDERED**, this 19th day of November, 2018.

                                                             /s/Debra M. Brown
                                                             **UNITED STATES DISTRICT JUDGE**

---

[1] This case was consolidated for discovery purposes with case number 1:18-cv-41, which is currently pending before United States District Judge Michael P. Mills. Doc. #17. The action before Judge Mills remains active.